FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2007 FEB 23   PM 12: 23

CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| DOROTHY BROWN, INDIVIDUALLY; | § | |
| PAUL D'ANTUONO AS PERSONAL OF | § | |
| THE ESTATE OF LINDA FENTON; AND | § | |
| THE ESTATE OF LINDA FENTON | § | 4 - 0 7 C V - 1 2 3 - Y |
| | § | |
| VS. | § | CAUSE NO. |
| | § | |
| UNITED STATES OF AMERICA | § | |

### PLAINTIFFS' ORIGINAL COMPLAINT

COME NOW Plaintiffs Dorothy Brown ("Brown"), individually and Paul D'Antuono ("D'Antuono"), as personal representative of the Estate of Linda Fenton ("Fenton"), deceased, and hereby state their claims against Defendant as follows:

### I. INTRODUCTION

1.      Plaintiffs file this action against the United States of America and the Bureau of Prisons (individually and collectively herein "Defendant") for compensatory damages and other just relief as a result of the death of Linda Fenton.

### II. JURISDICTION

2.      Jurisdiction of this matter is appropriate in the United States District Court for the Northern District of Texas - Fort Worth Division pursuant to 28 U.S.C. §1346(b) and (h). Further, the amount in controversy is within the jurisdictional limits of this Court. Plaintiffs have satisfied the administrative filing and notice requirements under the Federal Tort Claims Act ("FTCA"). Please see a true and correct copy of the denial of Brown's administrative claim attached hereto as Exhibit 1.

**PLAINTIFFS' ORIGINAL PETITION**                                                        **PAGE 1**

### III. VENUE

3.      Venue is appropriate in the United States District Court for the Northern District of Texas - Fort Worth Division, in that the Defendant has significant contacts with the District and Division, and the events that gave rise to this cause of action occurred in this District and Division. Accordingly, venue properly lies pursuant to 28 U.S.C. § 1391.

### IV. PARTIES

4.      Plaintiff Brown is a citizen and resident of Citrus County, Florida.

5.      Plaintiff D'Antuono is the duly appointed personal representative of the Estate of Linda Fenton. Please see a true and correct copy of the Order appointing D'Antuono as the representative of the Estate of Linda Fenton attached hereto as Exhibit 2.

6.      Defendant is the United States of America, and its agents, and may be served through (a) United States Attorney Richard Roper of the United States District Court for the Northern District of Texas - Fort Worth Division at the United States Attorney's Office for the Northern District of Texas, 801 Cherry Street, Suite 1700, Fort Worth, Texas 76102; (b) Attorney General Alberto Gonzales of the United States at Washington, District of Columbia at the United States Attorney's Office for the Northern District of Texas, 801 Cherry Street, Suite 1700, Fort Worth, Texas 76102, and the Office of the Attorney General, 5111 Main Justice Building, 10th Street and Constitutional Avenue NW, Washington D.C., 20530; and (c) Federal Bureau of Prisons, South Central Regional Office, 4211 Cedar Springs Road, Dallas, Texas 75219, pursuant to Federal Rule of Civil Procedure 4(i).

7.      Defendant United States and its agents performed all of the acts and omissions complained of herein within the line and scope of their employment.

**PLAINTIFFS' ORIGINAL PETITION**                                                    **PAGE 2**

8.      Defendant United States is liable for the torts and wrongful conduct of its agents and employees.

## V. FACTUAL ALLEGATIONS

9.      Plaintiffs incorporate the above-numbered paragraphs as if fully set forth herein.

10.     At the time of her death, Fenton was an inmate at the federal prison at Federal Medical Center Carswell ("Carswell") on Carswell Air Force Base in Fort Worth, Texas, and was in the custody of the Federal Bureau of Prisons ("BOP").

11.     Fenton, who had served almost seven years for a drug offense, was due to be released from the custody of the BOP on or about February 25, 2004.

12.     On or about February 23, 2004, Fenton was placed on suicide watch by members of the Carswell medical staff and placed in an area of the prison facility known as the psychiatric ward, where she could be observed by the staff. At some point, Fenton was allegedly removed from suicide watch, but remained in the psychiatric ward, confined in an individual cell near the nurse's station.

13.     At all times, the BOP had a duty to provide for Fenton's safekeeping, care, and protection. Further, BOP policy requires that any inmate threatening self-harm must be placed in a "suicide watch room" and kept under 24-hour observation, and the person observing the inmate must "have verbal communication with and constant observation of the suicidal inmate at all times."

14.     At approximately 1:00 p.m. on February 23, 2004, Fenton was found in the individual psychiatric ward cell, unconscious and near death. After attempts at resuscitation by BOP staff, Fenton was taken to Osteopathic Medical Center of Texas in Fort Worth, where she never regained consciousness, although she was responsive to pain until her death, eight days later.

**PLAINTIFFS' ORIGINAL PETITION**                                           **PAGE 3**

15.    Osteopathic doctors estimated that Fenton was likely unconscious and in respiratory distress for 30 to 45 minutes before rescue attempts were made.

16.    Contrary to the BOP's duty to Fenton, and as a result of the acts or omissions of the Defendant and its agents, Fenton died on March 2, 2004.

17.    The doctors at Osteopathic were told by BOP employees that Fenton had attempted suicide. A pathologist hired by Fenton's family conducted an autopsy on Fenton and found a pattern of bruises on her arms, neck and wrists that were "consistent with the effects of a physical struggle," and that he believed Fenton's injuries were consistent with being placed in a choke hold.

### VI. FEDERAL TORT CLAIMS ACT

18.    Plaintiffs incorporate the above-numbered paragraphs as if fully set forth herein.

19.    Plaintiffs file this action against the United States of America under the Federal Tort Claims Act, 28 U.S.C.§ § 1346(b) and (h), 2671-80, for the injuries inflicted upon Fenton and the wrongful death of Fenton.  The injuries inflicted on Plaintiffs were caused by the negligent or wrongful act or omission of employees of the United States, while acting within the scope of their office or employment, under circumstances where the United States, if a private person, would be liable to Plaintiffs in accordance with the laws in the State of Texas, the place where the act or omission occurred.  Further, the injuries sustained by Plaintiffs were caused solely by Defendant and its agents, without any negligence on the part of the Plaintiffs contributing thereto.

### COUNT 1.
### SURVIVAL ACTION

20.    Plaintiffs incorporate the above-numbered paragraphs as if fully set forth herein.

21.    As a direct and proximate result of the wrongful or negligent conduct of the Defendant, Fenton suffered physical and mental injuries, economic losses, mental anguish, pain and

suffering and other nonpecuniary losses.  Had Fenton survived, she would have been entitled to bring an action for her injuries.

22.     This Count is brought pursuant to and is authorized by TEX. CIV. PRAC. & REM. CODE §§ 71.021 - 71.022.

23.     WHEREFORE, the Plaintiff, Paul D'Antuono, as personal representative of the Estate of Linda Fenton, deceased, prays that he may have a judgment against the Defendant Bureau of Prisons and the United States of America in the amount of Ten Million Dollars ($10,000,000) together with costs of suit and for all other relief this Court deems just, fair, and equitable.

## COUNT 2.
## WRONGFUL DEATH

24.     Plaintiffs incorporate the above-numbered paragraphs as if fully set forth herein.

25.     As a direct and proximate result of the death of Fenton, the statutory next-of-kin, including Dorothy Brown, Fenton's mother, sustained pecuniary losses, loss of companionship and society, and mental anguish.

26.     This Count is brought pursuant to and is authorized by TEX. CIV. PRAC. & REM. CODE §§ 71.001 - 71.012.

27.     WHEREFORE, the Plaintiff, Dorothy Brown, as statutory next-of-kin of Linda Fenton, deceased, prays that she may have a judgment against the Defendant Bureau of Prisons and the United States of America in the amount of Ten Million Dollars ($10,000,000) together with costs of suit and for all other relief this Court deems just, fair, and equitable.

Dated this ___th day of February, 2007.

Respectfully submitted,

Gina Joaquin
State Bar No. 00793051
112 Bedford Rd. #210
Bedford, Texas 76022
(817) 282-9050 Telephone
(817) 282-9070 Facsimile

Todd Duncan
State Bar No. 24012564
112 Bedford Rd. #210
Bedford, Texas 76022
(817) 282-9050 Telephone
(817) 282-9070 Facsimile

**PLAINTIFFS' ORIGINAL PETITION**                                      **PAGE 6**

JS 44 (Rev. 10/06) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Dorothy Brown, Individually; Paul D'Antuono As Personal Of The Estate Of Linda Fenton; And The Estate Of Linda Fenton

**(b)** County of Residence of First Listed Plaintiff Citrus, Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Gina R. Joaquin, 112 Bedford Road, #210
Bedford, Texas 76022  817.282.9050

**DEFENDANTS**
United States of America;
Federal Bureau Of Prisons

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

4-07CV-123-Y

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1346(b)(a)
Brief description of cause: Wrongful Death/Survival   28 USC 2671-80

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 20,000,000   CHECK YES only if demanded in complaint:   JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) PENDING OR CLOSED** (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD   Gina Duncan by D. Doran

**FOR OFFICE USE ONLY**

RECEIPT # FW5591 AMOUNT 350   APPLYING IFP _____   JUDGE Y   MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

## Civil Filing Notice - Fort Worth Division

CIVIL ACTION NO:    **4-07 CV-123-Y**

This case has been assigned to District Judge: _____

(Complete if applicable)
TRANSFERRED FROM: _____    DATE FILED: _____

Civil cases are assigned to a judge by random draw. A docket clerk for each judge maintains the recording of documents filed with the Clerk. A complete list of phone numbers for both the judges' chambers and the docket clerks is provided.

| Judge | Court Settings | Pleadings Filed |
|---|---|---|
| (A)  Judge John H. McBRYDE | (817)850-6650 | (817)850-6611 |
|     Even Cases: 850-6652  Odd Cases: 850-6653 | | |
| (Y)  Judge Terry R. MEANS | (817)850-6673 | (817)850-6612 |
| (BE) Magistrate Judge Charles BLEIL | (817)850-6690 | (817)850-6697 |

For access to local rules, attorney admission information, frequently asked questions, common forms, filing instructions, and records information, please visit our web site at **www.txnd.uscourts.gov**. To speak to someone in the district clerk's office, please call (817) 850-6601.

To receive electronic access to court docket sheets and filed documents, contact the PACER Service Center at **www.pacer.pcs.uscourts.gov** or by phone at 1-800-676-6856 for a log-in and password.

Information is attached regarding trials by a United States magistrate judge, receiving electronic notice, and the court's privacy policy.