| Document # | Author | Who Was There Before Cell Door Was Opened |
|---|---|---|
| Ex 49 | Sleigh | Sleigh, M3 Nurse (Castner), "staff" |
| Ex 15 | Reamy | Reamy, "medical response team" |
| Ex 55 | Pederson | Pederson, Sleigh, Reamy |
| Ex 50 | Reamy | Reamy, Castner, Sleigh, "several medical staff members" |
| Ex 64 | Castner | Castner, Reamy, P.A. Wilson |
| Ex 51 | Wilson | Reamy, Sleigh, Wilson |
| Ex 52 | Gordon | Gordon, Sleigh, Skinner, Reamy |
| Ex 53 | Skinner | Skinner, Sleigh, |
| Ex 54 | Wyman | Wyman, Sleigh |

According to the memos referenced above, the following staff members were outside the cell before the door was opened:

1. Officer Reamy
2. Lt. Sleigh (Jones)
3. Nurse Castner
4. Dr. Pederson
5. S. Wilson (P.A.)
6. G. Gordon (respiratory therapist)
7. C. Skinner (nurse manager)
8. M. Wyman (medical clerk)
9. various references to "staff" and "medical response team" and "several medical staff members"

At lease eight staff members were outside the cell door before it was opened.