**Consciousness of Pain**

| Doc # | Date | Note |
| --- | --- | --- |
| Ex 140 | 02/23/04 | family understands that she is currently not brain dead and will continue supportive measures |
| Ex 156 | 02/23/04 | pt awoke but receiving ____ |
| Ex 131 | 02/24/04 | does react to pain; responsive to pain; some spontaneous movement of limbs |
| Ex 133 | 02/24/04 | withdrawal to noxious stimuli |
| Ex 132 | 02/25/04 | Pt's mother is at bedside and states pt will move her feet at mother's command |
| Ex 134 | 02/25/04 | reactive to pain; GCS 6 |
| Ex 137 | 02/26/04 | some spontaneous movement; GCS 6 |
| Ex 136 | 02/26/04 | pupil reactive |
| Ex 140 | 02/27/04 | withdrawal to pain; some spontaneous movement of limbs |
| Ex 135 | 02/27/04 | no longer on Pupofol; also shivering and observed goose bumps on skin; withdrawal to pain |
| Ex 142 | 02/28/04 | spontaneous eye open |
| Ex 143 | 02/28/04 | spontaneous eye open |
| Ex 144 | 03/01/04 | GCS 4 |
| Ex 147 | 03/02/04 | no neurological activity |
| Ex 146 | 03/02/04 | EEG reports clinically brain death |
| Ex 145 | 03/02/04 | patient continues to deteriorate; attempts to spontaneous breathing let to hypoxia; pupils dilated; no response to pain |